[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAY 12 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Valenzuella Jordan
_____
(Name of the plaintiff or plaintiffs)

v.

Schwab Rehabilitation Hospital and Care Network
_____
(Name of the defendant or defendants)

CIVIL ACTION

1:17-cv-03613
Judge Thomas M. Durkin
Magistrate Judge Maria Valdez

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Valenzuella Jordan** of the county of **Cook** in the state of **Illinois**.

3. The defendant is **Schwab Rehabilitation and Care Network**, whose street address is **1401 S. California Blvd.**, (city) **Chicago** (county) **Cook** (state) **Illinois** (ZIP) **60608**
(Defendant's telephone number) **(773) - 522-2010**

4. The plaintiff sought employment or was employed by the defendant at (street address) **1401 S. California Blvd.** (city) **Chicago**
(county) **Cook** (state) **Illinois** (ZIP code) **60608**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
    (month) April, (day) 1, (year) 2014.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) December (day) 15 (year) 2015.

    (ii) ☒ the Illinois Department of Human Rights, on or about (month) December (day) 15 (year) 2015.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day) _____ (year) _____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES  ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES  ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) April (day) 7 (year) 2017 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:17-cv-03613 Document #: 1 Filed: 05/12/17 Page 4 of 12 PageID #:4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

Case: 1:17-cv-03613 Document #: 1 Filed: 05/12/17 Page 5 of 12 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Please see statement of facts attached hereto and incorporated herein by reference.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.
   (b) ☒ Direct the defendant to re-employ the plaintiff.
   (c) ☐ Direct the defendant to promote the plaintiff.
   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
   (e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
   (f) ☐ Direct the defendant to (specify): _____

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

*Valenzuella Jordan*

(Plaintiff's name)

Valenzuella Jordan

(Plaintiff's street address)

7834 S. Constance Ave.

(City) Chicago   (State) IL   (ZIP) 60649

(Plaintiff's telephone number) (773) - 891 - 6158

Date: May 12, 2017

6

**ATTACHMENT TO COMPLAINT**

**VALENZUELLA JORDAN,
PLAINTIFF,
VS.
SCHWAB REHABILITATION HOSPITAL AND CARE NETWORK,
DEFENDANT**

**ITEM 13—CONTINUATION
STATEMENT OF FACTS**

On July 9, 2015, at 9:25 AM, I was wrongfully terminated from my employment by Schwab Rehabilitation Hospital and Care Network ("Schwab"), 1401 S. California Blvd., Chicago, Illinois 60608. Three employees, including myself, were released from employment based on discrimination due to our disabilities. The union helped the employer get rid of us and did not help us in any way. I had worked there for fifteen (15) years. I had received good performance reviews throughout the period that I had been there, and had received recognition such as "Best Clean Unit, Geriatric Unit," and "Best Customer Service Skills." My coworker Carolyn Bell and I received several high scores for "Best Clean Unit."

I witnessed Schwab's managers Marco Montgomery and Sandra McKnight enter incorrect information, including dates, on termination papers.

I had previously several times asked for accommodation through Schwab's manager for accommodation due to my disability, visual impairment, and did not receive any accommodation. The accommodation I had requested included assistance in punching in and out on the time clock; I was told many times that I was tardy, even though I was not. I was also told that I had not punched in and out for lunch, and I had not been given any help in punching in and out. The clock letters were too small for me to read. Typically, I worked from 7 AM to 3:30 PM.

I had been hired by Schwab with my disability, visual impairment. Specifically, I am totally blind in my left eye. I am legally blind as determined by the State of Illinois. After my termination, Schwab stated that it did not know that I was visually impaired while I was working there. However, all staff with whom I worked at Schwab knew of my disability, including Schwab's management. This disability did not prevent me from performing my job duties well. I would not have been terminated if I did not have this disability.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

#16W1214.17

**AGENCY**
☒ IDHR
☐ EEOC

**CHARGE NUMBER**
2016CF1254

Illinois Department of Human Rights and EEOC

**NAME OF COMPLAINANT** (indicate Mr. Ms. Mrs.)
Mr. Valenzuela Jordan

**TELEPHONE NUMBER** (include area code)
(773) 891-6158

**STREET ADDRESS**
7834 S. Constance

**CITY, STATE AND ZIP CODE**
Chicago, Illinois 60649

**DATE OF BIRTH**
/ /
M  D  YEAR

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)**

**NAME OF RESPONDENT**
Schwab Rehabilitation Hospital and Care Network

**NUMBER OF EMPLOYEES, MEMBERS**
15+

**TELEPHONE NUMBER** (include area code)
(773) 522-2010

**STREET ADDRESS**
1401 S. California

**CITY, STATE AND ZIP CODE**
Chicago, Illinois 60608

**COUNTY**
Cook

**CAUSE OF DISCRIMINATION BASED ON:**
Disability

**DATE OF DISCRIMINATION**
EARLIEST (ADEA/EPA)   LATEST (ALL)
/ /        7/9/15
☐ CONTINUING ACTION

**THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:**

I. A. ISSUE/BASIS

FAILURE TO ACCOMMODATE – JULY 9, 2015, BECAUSE OF MY DISABILITY, VISUAL IMPAIRMENT (LEFT EYE DISORDER)

B. PRIMA FACIE ALLEGATIONS

1. I am an individual with a disability as defined by the Illinois Human Rights Act.

2. Respondent was aware of my disability.

Page 1 of 2

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 15th DAY OF December, 2015.

NOTARY SIGNATURE

OFFICIAL SEAL
RAQUEL C GUERRA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/17/16

NOTARY STAMP

X _Valenzuela Jordan_  12/15/15
SIGNATURE OF COMPLAINANT   DATE

I declare under penalty of perjury that the foregoing is true and correct I swear or affirm that I have read the above charge and that is true to the best of my knowledge, information and belief.

EEO-5 FORM (Rev. 7/12-INT)




Charge Number: 2016CF1254
Complainant: Valenzuela Jordan
Page 2 of 2

3. My work performance met Respondent's expectations. I was hired on July 9, 2000.

4. On July 9, 2015, Respondent failed to accommodate my request for a special phone to clock in and out. No reason was given.

5. My disability is unrelated to my ability to perform the essential functions of my job with or without an accommodation.

MFP/RCG/mfp

EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Valenzuela Jordan<br>7834 S. Constance<br>Chicago, IL 60649 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2016-00393 | Daniel Lim,<br>State & Local Coordinator | (312) 869-8082 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman/ht*            March 31, 2017

Enclosures(s)      **Julianne Bowman,**
**District Director**        *(Date Mailed)*

cc:
    **SCHWAB REHABILITATION HOSPITAL AND CARE**
    **NETWORK**
    c/o Christy E. Phanthavong, Esq.
    Bryan Cave, LLP
    161 N. Clark Street, Suite 4300
    Chicago, IL 60601

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

## PRIVATE SUIT RIGHTS

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

## ATTORNEY REPRESENTATION

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

## DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.

# INFORMATION ON WHERE TO FILE SUIT

You have been notified of your right to sue in Federal District Court. Suit is ordinarily filed in the District having jurisdiction of the county in which the employer, against whom you filed a Charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

| U.S. DISTRICT COURT<br>Northern District of Illinois<br>Eastern Division at Chicago<br>219 South Dearborn Street<br>Chicago, IL 60604<br>312-435-5670 | | U.S. DISTRICT COURT<br>Central District of Illinois<br>Urbana Division<br>201 South Vine<br>Urbana, IL 61801<br>217-373-5830 | |
|---|---|---|---|
| Counties | | Counties | |
| Cook | Kendall | Champaign | Kankakee |
| DuPage | Lake | Coles | Macon |
| Grundy | LaSalle | Douglas | Moultrie |
| Kane | Will | Edgar | Piatt |
| | | Ford | Vermillion |
| | | Iroquois | |
| U.S. DISTRICT COURT<br>Northern District of Illinois<br>Western Division at Rockford<br>211 South Court Street<br>Federal Building<br>Rockford, IL 61101<br>815-987-4355 | | Peoria Division<br><br>100 N.E. Monroe Street<br>135 Federal Building<br>Peoria, IL 61602<br>309-671-7117 | |
| Counties | | Counties | |
| Boone | McHenry | Bureau | McLean |
| Carroll | Ogle | Fulton | Peoria |
| DeKalb | Stephenson | Hancock | Putnam |
| JoDaviess | Whiteside | Knox | Stark |
| Lee | Winnebago | Livingston | Tazewell |
| | | Marshall | Woodford |
| | | McDonough | |
| U.S. DISTRICT COURT<br>Southern District of Illinois<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br>618-482-0671<br><br>and<br><br>301 Main Street<br>Benton, IL 62812<br>618-438-0671 | | Rock Island Division<br>211 19th Street<br>Rock Island, IL 61201<br>309-793-5778 | |
| Counties | | Counties | |
| Alexander | Johnson | Henderson | Rock Island |
| Bond | Lawrence | Henry | Warren |
| Calhoun | Madison | Mercer | |
| Clark | Marion | Springfield Division<br>600 East Monroe Street<br>Springfield, IL 62701<br>217-492-4020 | |
| Clinton | Monroe | | |
| Crawford | Perry | | |
| Cumberland | Pope | | |
| Edwards | Pulaski | | |
| Effingham | Randolph | Counties | |
| Fayette | Richland | Adams | Logan |
| Franklin | St. Clair | Brown | Macoupin |
| Gallatin | Saline | Cass | Mason |
| Hamilton | Union | Christian | Menard |
| Hardin | Wabash | DeWitt | Montgomery |
| Jackson | Washington | Green | Morgan |
| Jasper | Wayne | Pike | Schuyler |
| Jefferson | White | Shelby | |
| Jersey | Williamson | | |